Vincent Mosby H29851
P.O Box 689 E-261
Soledad, CA 93960-0689

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE 450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102--3483 Dept. 15

LEGAl MAIL