

FILED

AUG 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**SBA**

VINCENT MOSBY

                  Plaintiff,

    vs.

ANTHONY P. KANE

                Defendant.

**C 07 4216 (PR)**

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, ____**Vincent Mosby**____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _**x**_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____**N/A**____    Net: ____**N/A**____

Employer: ____**N/A**_____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____ N/A _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9     a.    Business, Profession or              Yes ____ No __x__

10          self employment

11    b.    Income from stocks, bonds,           Yes ____ No __x__

12          or royalties?

13    c.    Rent payments?                       Yes ____ No __x__

14    d.    Pensions, annuities, or              Yes ____ No __x__

15          life insurance payments?

16    e.    Federal or State welfare payments,   Yes ____ No __x__

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ N/A _____

22  _____

23  3.    Are you married?                       Yes __x__ No ____

24  Spouse's Full Name: _____ Lorraine A. Mosby _____

25  Spouse's Place of Employment: __ Lives outside of Country Unemployed. __

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ N/A _____ Net $_____ N/A _____

28  4.    a.    List amount you contribute to your spouse's support:$ ____ 0 _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 2 -

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____
_____ N/A _____

5.    Do you own or are you buying a home?          Yes ____ No _x__
Estimated Market Value: $_____ N/A _____ Amount of Mortgage: $___ N/A ___

6.    Do you own an automobile?          Yes ____ No _x__
Make ___ N/A ___ Year ___ N/A ___ Model ___ N/A ___
Is it financed? Yes _____ No _____ If so, Total due: $ ___ N/A ___
Monthly Payment: $ ___ N/A ___

7.    Do you have a bank account?   Yes ____ No _x__ (Do not include account numbers.)
Name(s) and address(es) of bank: ___ N/A _____
_____
Present balance(s): $ ___ N/A _____

Do you own any cash?  Yes _xx_ No ____ Amount: $ _____ $70.00 _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _x__
_____

8.    What are your monthly expenses?

Rent: $ _____ Utilities: _____
Food: $ ___ 90.00 to 180.00 ___ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

9.    Do

1   you have any other debts?  (List current obligations, indicating amounts and to whom they are

2   payable  Do not include account numbers.)

3   _____

4   _____ **N/A** _____

5   10.     Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____  No **x**

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____ **N/A** _____

10  _____

11          I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  8-8-07                          V. Moss

17  _____             _____
         DATE                            SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28