C-07-4216-SBA

**PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

**FILED**
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, Vincent Mosby,

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Vincent Mosby, CDCR #: H29851
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: F-301L
SOLEDAD, CA  93960-0689.

On March 17, 2008, I served the attached:

Petitioner's Notice of Motion And Motion in opposition To Respondents Motion to Dismiss

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY St., SUITE 400S
OAKLAND, CA 94612-5212

OFFICE OF Attorney General
Department OF Justice
455 Golden GATA Ave
Suite 11000
San Francisco, CA 94102-7004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 3/17/08.

V. Mosby
Declarant