IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT MOSBY,

           Petitioner,

   v.

BEN CURRY, Warden,

           Respondent.

_____/

No. C 07-4216 SBA (PR)

**ORDER GRANTING MOTION TO TAKE**
**JUDICIAL NOTICE**

(Docket no. 10)

     Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole by the California Board of Parole Hearings (Board). Before the Court is Petitioner's "Motion for to File Citation of Supplemental Authorities" (docket no. 10). His motion is construed as a request for the Court to take judicial notice of the non-binding findings of the California Supreme Court in two cases:  In re Lawrence, 44 Cal. 4th 1181 (Cal. 2008), and In re Shaputis, 44 Cal. 4th 1241 (Cal. 2008).  His request (docket no. 10) is GRANTED.

     This Order terminates Docket no. 10.

     IT IS SO ORDERED.

DATED: 3/31/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

4   VINCENT MOSBY,                              Case Number: CV07-04216 SBA

                    Plaintiff,               **CERTIFICATE OF SERVICE**
5
      v.
6
    ANTHONY P KANE et al,
7
                    Defendant.
8   —————————————————————/

9   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10  Court, Northern District of California.

11  That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

13

14

15  Vincent A. Mosby H29851
16  CTF-Soledad
    P.O. Box 689 F-241-L
17  Soledad, CA 93960-0689

18  Dated: April 8, 2009
                                       Richard W. Wieking, Clerk
19                                     By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.07\Mosby4216.judNOTICE2.wpd