IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT A. MOSBY,

    Petitioner,

  v.

ANTHONY P. KANE, Warden,

    Respondent.

No. C 07-04216 SBA (PR)

**JUDGMENT**

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Granting Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED: 9/1/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.07\Mosby4216.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MOSBY, | Case Number: CV07-04216 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ANTHONY P KANE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent A. Mosby H29851
CTF-Soledad
P.O. Box 689 F-241-L
Soledad, CA 93960-0689

Dated: September 2, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.07\Mosby4216.jud.wpd     2