IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT A. MOSBY,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY P. KANE, Warden,<br><br>    Respondent.<br>_____ | No. C 07-04216 SBA (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO PROCEED *IN FORMA PAUPERIS* ON APPEAL; AND DENYING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL**<br><br>(Docket nos. 35, 36) |

    Petitioner in this pro se habeas case filed a notice of appeal from the denial of his petition. The Court has issued a certificate of appealability (COA). He now seeks leave to proceed in forma pauperis (IFP) on appeal. He has also filed a motion for appointment of counsel on appeal.

    28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken IFP if the district court certifies that it is taken in bad faith. The reasons set out in the Order Denying Petition for Writ of Habeas Corpus; and Granting Certificate of Appealability explain why this appeal is taken in good faith. Accordingly, his request to proceed IFP on appeal (docket no. 35) is GRANTED.

    Petitioner's motion for appointment of counsel on appeal (docket no. 36) is DENIED without prejudice to renewing it in the Ninth Circuit Court of Appeals if that court issues a COA.

    The Clerk of the Court shall serve notice of this Order to the Ninth Circuit, as well as to the parties. See Fed. R. App. P. 24(a).

    IT IS SO ORDERED.

DATED: 11/9/10

                                                    SAUNDRA BROWN ARMSTRONG<br>
                                                    United States District Judge

G:\PRO-SE\SBA\HC.07\Mosby4216.AFP&denyATTYappeal.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VINCENT MOSBY,

        Plaintiff,

  v.

ANTHONY P KANE et al,

        Defendant.

Case Number: CV07-04216 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent A. Mosby H29851
CTF-Soledad
P.O. Box 689 F-241-L
Soledad, CA 93960-0689

Dated: November 10, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.07\Mosby4216.AFP&denyATTYappeal.frm